IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMELO PAGAN HERNANDEZ,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-00841 |
| v. | : | |
| | : | (Judge Rambo) |
| **LT. KEENEY, et al.,** | : | |
| Defendants | : | |

# **ORDER**

**AND NOW**, on this 8th day of June 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**, and the complaint is **DEEMED** filed;

2. Plaintiff's complaint (Doc. Nos. 1, 1-1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2);

3. Plaintiff may file an amended complaint in accordance with the standards set forth in the Memorandum accompanying this Order;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Amended Complaint" and shall include the docket number for this case, 1:22-cv-00841; and

5.  If Plaintiff fails to file an amended complaint within thirty **(30) days** of the date of this Order, then this action will be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
